United States District Court
Southern District of Texas
**ENTERED**
April 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIFFANY MILAN INVESTMENTS, LLC, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-962 |
| § | |
| MERCHANTS MORTGAGE & TRUST § | |
| CORPORATION, LLC, § | |
| § | |
| Defendant. § | |

## ORDER TO SHOW CAUSE

On March 29, 2024, the Court sent notice to all parties to attend a pre-motion conference on April 2, 2024 before Magistrate Judge Andrew Edison. (Dkt. 10). Counsel for Plaintiff did not appear at the pre-motion conference. (Dkt. 11). Judge Edison then ordered counsel for Plaintiff "to file a letter in writing by 5 p.m. on Wednesday, April 3 explaining why sanctions should not be imposed upon him for his failure to attend the hearing." (Dkt. 12).

Counsel for Plaintiff did not file a response to Judge Edison's order. Accordingly, counsel for Plaintiff is **ORDERED** to appear for a show cause hearing before the undersigned judge by Zoom **at 12:00 p.m. on April 26, 2024**. **Failure to appear may result in the case being dismissed for want of prosecution.**

The Zoom link is:
https://www.zoomgov.com/j/1603195595?pwd=TzB1aTNFcVJuSzBKSVJpLzczUVcvUT09

Meeting ID: 160 319 5595
Passcode: 397976
Dial-in: 1-669-254-5252

SIGNED at Houston, Texas on April 25, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE