# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Tiffany Milan Investments, LLC<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:24−cv−00962 |
| Merchants Mortgage & Trust<br>Corporation, LLC<br>Defendant. | §<br>§<br>§<br>§ | |

<u>Correspondence Regarding Plaintiff's Counsel's Failure to Appear at
April 2, 2024 Pre-Motion Conference</u>

TO THE HONORABLE MAGISTRATE JUDGE ANDREW EDISON:

As ordered by Honorable Magistrate Judge Andrew Edison, the following is intended to apologize and explain my absence at the pre-motion conference scheduled for April 2, 2024 in the above referenced matter. My failure to appear resulted from an administrative error inasmuch as the hearing was not placed on Plaintiff's counsel's hearing. Additionally, at or about the time of the above referenced hearing, counsel for Plaintiff was participating in a Harris County District Court criminal matter. (Case No.: 1761203: State vs. Melanie Parks; In The 482nd Judicial District Court, Harris County, Texas. Plaintiff's counsel failure to attend the April 2, 2024 pre-motion conference with not intentional or done with a conscious disregard to the Court's order.

This is written with my most sincere apology. Your attention to this case is greatly appreciated.

Respectfully Submitted:

/s/ Eric L. Rhodes
Eric L. Rhodes
Attorney-in-Charge
Texas Bar No. 24025611
Southern District Bar No: 34798
E-Mail: eric@ericrhodeslaw.com
6588 Corporate Dr., Suite 200
Houston, TX 77036
Tel. (832) 404-2552
Fax. (832) 404-2554

ATTORNEY FOR PLAINTIFF